IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-70440-JAD |
| Brian L. Jones | ) | Chapter 13 |
| Natalie D. Jones | ) | |
|     Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | Related to Docs. #59 and 66 |
| Brian L. Jones | ) | |
| Natalie D. Jones | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on June 26, 2023 (document #59) is hereby WITHDRAWN. The hearing scheduled for August 30, 2023 is cancelled.

Respectfully submitted,

8/10/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

FILED
8/10/23 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED.

8/10/2023 _____ sjk

Jeffery A. Deller, U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                            Case No. 18-70440-JAD
Brian L. Jones                                                                                          Chapter 13
Natalie D Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                             User: auto                            Page 1 of 2
Date Rcvd: Aug 10, 2023                Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

**Recip ID**           **Recipient Name and Address**
db/jdb                + Brian L. Jones, Natalie D Jones, 11960 Route 259, Blairsville, PA 15717-7136

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Natalie D Jones thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian L. Jones thedebterasers@aol.com |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Aug 10, 2023 | Form ID: pdf900 | Total Noticed: 1

Kevin M Buttery
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

TOTAL: 8