| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Brian L. Jones |
| Debtor 2 (Spouse, if filing) | Natalie D Jones |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number: | 18-70440-JAD |

Official Form 4100R

# Response to Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:** U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE4

**Court Claim no.** (if known)
**2**

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX9013

**Property address:** 11960 Route 259 Hwy
Number          Street

Blairsville, PA 15717
City          State    Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: _____
MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

|   |   |   |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $1,043.94 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | (b) | $0.00 |
| **c. Total**. Add lines a and b. | (c) | $1,043.94 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on: 10/1/2023
MM / DD / YYYY

| Debtor 1 | Brian L. Jones | | Case number: | 18-70440-JAD |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Heather Riloff                                      Date: 11/22/2023
       Signature

Print:     Heather Riloff 309906                        Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for
               First Name      Middle Name      Last Name             creditor)

Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
               Number        Street
               King of Prussia, PA 19406
               City                              State    ZIP Code

Contact    (610) 278-6800                              Email  logsecf@logs.com
phone

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _11/22/2023_____

Kenneth P. Seitz, Esquire
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Brian L. Jones
11960 Route 259
Blairsville, PA 15717

Natalie D Jones
11960 Route 259
Blairsville, PA 15717

/s/ Heather Riloff 309906
_____

Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | BRIAN JONES NATALIE D JONES | Payment Changes | | |
|---|---|---|---|---|
| | | | | |
| Case Number: | 1870440 | From Date | To Date | Total Amount |
| Filing Date: | 06/14/18 | 7/1/2018 | 9/1/2018 | $527.50 |
| | | 10/1/2018 | 9/1/2019 | $528.42 |
| Payments in POC | $2,405.20 | 10/1/2019 | 8/1/2020 | $530.82 |
| First Post Due Date | 07/01/18 | 9/1/2020 | 9/1/2020 | $529.29 |
| | | 10/1/2020 | 8/1/2021 | $530.63 |
| | | 9/1/2021 | 9/1/2022 | $532.92 |
| | | 10/1/2022 | 8/1/2023 | $497.89 |
| | | 9/1/2023 | | $521.97 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Applied (P&I and | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| 09/30/18 | $787.66 | 07/01/18 | $ 527.50 | $ 260.16 | | | | $ 787.66 | $ 787.66 |
| 11/05/18 | $404.85 | 08/01/18 | $ 527.50 | $ 137.51 | | | | $ 404.85 | $ 1,192.51 |
| 11/05/18 | | | | $ 137.51 | $343.60 | $200.39 | | $ (543.99) | $ 648.52 |
| 12/03/18 | $413.34 | 09/01/18 | $ 527.50 | $ 23.35 | | | | $ 413.34 | $ 1,061.86 |
| 12/03/18 | | | | $ 23.35 | $343.60 | $200.39 | | $ (543.99) | $ 517.87 |
| 01/04/19 | $629.10 | 10/01/18 | $ 528.42 | $ 124.03 | | | | $ 629.10 | $ 1,146.97 |
| 01/04/19 | | | | $ 124.03 | $343.60 | $200.39 | | $ (543.99) | $ 602.98 |
| 02/01/19 | $424.34 | 11/01/18 | $ 528.42 | $ 19.95 | | | | $ 424.34 | $ 1,027.32 |
| 02/15/19 | | | | $ 19.95 | $343.60 | $200.39 | | $ (543.99) | $ 483.33 |
| 03/31/19 | $888.99 | 12/01/18 | $ 528.42 | $ 380.52 | | | | $ 888.99 | $ 1,372.32 |
| 03/31/19 | | | | $ 380.52 | $343.60 | $200.39 | | $ (543.99) | $ 828.33 |
| 05/30/19 | $930.20 | 01/01/19 | $ 528.42 | $ 782.30 | | | | $ 930.20 | $ 1,758.53 |
| 05/31/19 | | 02/01/19 | $ 528.42 | $ 253.88 | $343.60 | $200.39 | | $ (543.99) | $ 1,214.54 |
| 05/31/19 | | | | $ 253.88 | $343.60 | $200.39 | | $ (543.99) | $ 670.55 |
| 07/08/19 | $700.83 | 03/01/19 | $ 528.42 | $ 426.29 | | | | $ 700.83 | $ 1,371.38 |
| 07/10/19 | | | | $ 426.29 | $343.60 | $183.90 | | $ (527.50) | $ 843.88 |
| 08/06/19 | $945.98 | 04/01/19 | $ 528.42 | $ 843.85 | | | | $ 945.98 | $ 1,789.86 |
| 08/07/19 | | 05/01/19 | $ 528.42 | $ 315.43 | $343.60 | $183.90 | | $ (527.50) | $ 1,262.36 |
| 08/07/19 | | | | $ 315.43 | $343.60 | $183.90 | | $ (527.50) | $ 734.86 |
| 10/02/19 | $243.03 | 06/01/19 | $ 528.42 | $ 30.04 | | | | $ 243.03 | $ 977.89 |
| 10/02/19 | | | | $ 30.04 | $343.60 | $184.82 | | $ (528.42) | $ 449.47 |
| 10/30/19 | $558.97 | 07/01/19 | $ 528.42 | $ 60.59 | | | | $ 558.97 | $ 1,008.44 |
| 10/31/19 | | | | $ 60.59 | $343.60 | $184.82 | | $ (528.42) | $ 480.02 |
| 12/02/19 | $645.29 | 08/01/19 | $ 528.42 | $ 177.46 | | | | $ 645.29 | $ 1,125.31 |
| 12/02/19 | | | | $ 177.46 | $343.60 | $184.82 | | $ (528.42) | $ 596.89 |
| 12/31/19 | $232.13 | | | $ 409.59 | | | | $ 232.13 | $ 829.02 |
| 02/04/20 | | | | $ 409.59 | $343.60 | $184.82 | | $ (528.42) | $ 300.60 |
| 02/04/20 | $1,218.49 | 09/01/19 | $ 528.42 | $ 1,099.66 | $343.60 | $184.82 | | $ 690.07 | $ 990.67 |
| 02/04/20 | | 10/01/19 | $ 530.82 | $ 568.84 | $343.60 | $184.82 | | $ (528.42) | $ 462.25 |
| 03/02/20 | $451.24 | 11/01/19 | $ 530.82 | $ 489.26 | | | | $ 451.24 | $ 913.49 |
| 03/31/20 | $965.19 | 12/01/19 | $ 530.82 | $ 923.63 | | | | $ 965.19 | $ 1,878.68 |
| 03/31/20 | | 01/01/20 | $ 530.82 | $ 392.81 | $343.60 | $184.82 | | $ (528.42) | $ 1,350.26 |
| 03/31/20 | | | | $ 392.81 | $343.60 | $184.82 | | $ (528.42) | $ 821.84 |
| 05/04/20 | $758.80 | 02/01/20 | $ 530.82 | $ 620.79 | | | | $ 758.80 | $ 1,580.64 |
| 05/05/20 | | 03/01/20 | $ 530.82 | $ 89.97 | $343.60 | $184.82 | | $ (528.42) | $ 1,052.22 |
| 05/05/20 | | | | $ 89.97 | $343.60 | $184.82 | | $ (528.42) | $ 523.80 |
| 06/02/20 | $551.02 | 04/01/20 | $ 530.82 | $ 110.17 | | | | $ 551.02 | $ 1,074.82 |
| 06/30/20 | $365.15 | | | $ 475.32 | | | | $ 365.15 | $ 1,439.97 |
| 07/21/20 | | | | $ 475.32 | $343.60 | $184.82 | | $ (528.42) | $ 911.55 |
| 08/04/20 | $811.25 | 05/01/20 | $ 530.82 | $ 755.75 | | | | $ 811.25 | $ 1,722.80 |
| 08/04/20 | | 06/01/20 | $ 530.82 | $ 224.93 | $343.60 | $184.82 | | $ (528.42) | $ 1,194.38 |
| 08/04/20 | | | | $ 224.93 | $343.60 | $187.22 | | $ (530.82) | $ 663.56 |
| 08/31/20 | $484.30 | 07/01/20 | $ 530.82 | $ 178.41 | | | | $ 484.30 | $ 1,147.86 |
| 10/02/20 | $944.11 | 08/01/20 | $ 530.82 | $ 591.70 | | | | $ 944.11 | $ 2,091.97 |
| 10/02/20 | | 09/01/20 | $ 529.29 | $ 62.41 | $343.60 | $187.22 | | $ (530.82) | $ 1,561.15 |
| 10/02/20 | | | | $ 62.41 | $343.60 | $187.22 | | $ (530.82) | $ 1,030.33 |
| 10/31/20 | $669.48 | 10/01/20 | $ 530.63 | $ 201.26 | | | | $ 669.48 | $ 1,699.81 |

| Date | Amount | Date | Amount | Amount | Amount | Amount | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/20 | | | | $ 201.26 | $343.60 | $187.22 | | $ (530.82) | $ 1,168.99 |
| 12/01/20 | $471.86 | 11/01/20 | $ 530.63 | $ 142.49 | | | | $ 471.86 | $ 1,640.85 |
| 12/01/20 | | | | $ 142.49 | $343.60 | $187.22 | | $ (530.82) | $ 1,110.03 |
| 01/05/21 | $412.13 | 12/01/20 | $ 530.63 | $ 23.99 | | | | $ 412.13 | $ 1,522.16 |
| 01/05/21 | | | | $ 23.99 | $343.60 | $187.22 | | $ (530.82) | $ 991.34 |
| 01/29/21 | $694.30 | 01/01/21 | $ 530.63 | $ 187.66 | | | | $ 694.30 | $ 1,685.64 |
| 01/29/21 | | | | $ 187.66 | $343.60 | $187.22 | | $ (530.82) | $ 1,154.82 |
| 03/02/21 | $595.08 | 02/01/21 | $ 530.63 | $ 252.11 | | | | $ 595.08 | $ 1,749.90 |
| 03/03/21 | | | | $ 252.11 | $343.60 | $187.22 | | $ (530.82) | $ 1,219.08 |
| 04/05/21 | $656.74 | 03/01/21 | $ 530.63 | $ 378.22 | | | | $ 656.74 | $ 1,875.82 |
| 04/05/21 | | | | $ 378.22 | $343.60 | $187.22 | | $ (530.82) | $ 1,345.00 |
| 04/30/21 | $560.55 | 04/01/21 | $ 530.63 | $ 408.14 | | | | $ 560.55 | $ 1,905.55 |
| 04/30/21 | | | | $ 408.14 | $343.60 | $187.22 | | $ (530.82) | $ 1,374.73 |
| 05/31/21 | $578.23 | 05/01/21 | $ 530.63 | $ 455.74 | | | | $ 578.23 | $ 1,952.96 |
| 05/31/21 | | | | $ 455.74 | $343.60 | $187.22 | | $ (530.82) | $ 1,422.14 |
| 06/30/21 | $540.54 | 06/01/21 | $ 530.63 | $ 465.65 | | | | $ 540.54 | $ 1,962.68 |
| 07/01/21 | | | | $ 465.65 | $343.60 | $185.69 | | $ (529.29) | $ 1,433.39 |
| 07/30/21 | | | | $ 465.65 | $343.60 | $187.03 | | $ (530.63) | $ 902.76 |
| 07/30/21 | | | | $ 465.65 | $343.60 | $187.03 | | $ (530.63) | $ 372.13 |
| 07/30/21 | $539.62 | 07/01/21 | $ 530.63 | $ 474.64 | | | | $ 539.62 | $ 911.75 |
| 08/31/21 | | | | $ 474.64 | $343.60 | $187.03 | | $ (530.63) | $ 381.12 |
| 08/31/21 | | | | $ 474.64 | $343.60 | $187.03 | | $ (530.63) | $ (149.51) |
| 08/31/21 | | | | $ 474.64 | $343.60 | $187.03 | | $ (530.63) | $ (680.14) |
| 08/31/21 | | | | $ 474.64 | $343.60 | $187.03 | | $ (530.63) | $ (1,210.77) |
| 08/31/21 | $588.91 | 08/01/21 | $ 530.63 | $ 532.92 | | | | $ 588.91 | $ (621.86) |
| 08/31/21 | | | | $ 532.92 | $343.60 | $187.03 | | $ (530.63) | $ (1,152.49) |
| 08/31/21 | | | | $ 532.92 | $343.60 | $187.03 | | $ (530.63) | $ (1,683.12) |
| 09/28/21 | $532.92 | 09/01/21 | $ 532.92 | $ 532.92 | | | | $ 532.92 | $ (1,150.20) |
| 09/28/21 | | 10/01/21 | $ 532.92 | $ - | | | | $ - | $ (1,150.20) |
| 10/29/21 | | | | $ - | | | | | $ (1,150.20) |
| 10/29/21 | $532.92 | 11/01/21 | $ 532.92 | $ - | | | | $ 532.92 | $ (617.28) |
| 11/30/21 | $532.92 | 12/01/21 | $ 532.92 | $ - | | | | $ 532.92 | $ (84.36) |
| 12/01/21 | | | | $ - | $343.60 | $187.03 | | $ (530.63) | $ (614.99) |
| 12/28/21 | | | | $ - | | | | $ - | $ (614.99) |
| 12/28/21 | $532.92 | 01/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (82.07) |
| 02/02/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (614.99) |
| 02/02/22 | $532.92 | 02/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (82.07) |
| 03/29/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (614.99) |
| 03/29/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (1,147.91) |
| 03/29/22 | $1,065.84 | 03/01/22 | $ 532.92 | $ 532.92 | | | | $ 1,065.84 | $ (82.07) |
| 04/30/22 | | 04/01/22 | $ 532.92 | $ - | $343.60 | $189.32 | | $ (532.92) | $ (614.99) |
| 04/30/22 | $532.92 | 05/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (82.07) |
| 05/31/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (614.99) |
| 05/31/22 | | | | $ - | | | | $ - | $ (614.99) |
| 05/31/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (1,147.91) |
| 05/31/22 | | | | $ - | | | | $ - | $ (1,147.91) |
| 05/31/22 | | | | $ - | | | | $ - | $ (1,147.91) |
| 05/31/22 | | | | $ - | | | | $ - | $ (1,147.91) |
| 05/31/22 | | | | $ - | | | | $ - | $ (1,147.91) |
| 06/01/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (1,680.83) |
| 06/01/22 | | | | $ - | $343.60 | $189.32 | | $ (532.92) | $ (2,213.75) |
| 06/01/22 | $532.92 | 06/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (1,680.83) |
| 06/01/22 | $532.92 | 07/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (1,147.91) |
| 07/31/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,645.80) |
| 07/31/22 | $532.92 | 08/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (1,112.88) |
| 08/30/22 | $532.92 | 09/01/22 | $ 532.92 | $ - | | | | $ 532.92 | $ (579.96) |
| 10/03/22 | $497.89 | 10/01/22 | $ 497.89 | $ - | | | | $ 497.89 | $ (82.07) |
| 10/13/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (579.96) |
| 10/14/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,077.85) |
| 11/01/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,575.74) |
| 11/01/22 | $497.89 | 11/01/22 | $ 497.89 | $ - | | | | $ 497.89 | $ (1,077.85) |
| 11/29/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,575.74) |
| 11/30/22 | $497.89 | 12/01/22 | $ 497.89 | $ - | | | | $ 497.89 | $ (1,077.85) |
| 12/28/22 | $497.89 | 01/01/23 | $ 497.89 | $ - | | | | $ 497.89 | $ (579.96) |
| 12/29/22 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,077.85) |
| 02/06/23 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,575.74) |
| 03/01/23 | $497.89 | 02/01/23 | $ 497.89 | $ - | | | | $ 497.89 | $ (1,077.85) |
| 03/02/23 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (1,575.74) |
| 04/03/23 | | | | $ - | $343.60 | $154.29 | | $ (497.89) | $ (2,073.63) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/23 | $497.89 | 03/01/23 | $ 497.89 | $ - | | | | $ 497.89 | $ (1,575.74) |
| 04/30/23 | $497.89 | 04/01/23 | $ 497.89 | $ - | | | | $ 497.89 | $ (1,077.85) |
| 05/31/23 | $450.56 | | | $ 450.56 | | | | $ 450.56 | $ (627.29) |
| 06/01/23 | | | | $ 450.56 | $343.60 | $154.29 | | $ (497.89) | $ (1,125.18) |
| 08/30/23 | $426.38 | 05/01/23 | $ 497.89 | $ 379.05 | | | | $ 426.38 | $ (698.80) |
| 08/30/23 | | | | $ 379.05 | $343.60 | $154.29 | | $ (497.89) | $ (1,196.69) |
| 10/02/23 | $616.73 | 06/01/23 | $ 497.89 | $ 497.89 | | | | $ 616.73 | $ (579.96) |
| 10/12/23 | | 07/01/23 | $ 497.89 | $ - | $343.60 | $178.37 | | $ (521.97) | $ (1,101.93) |
| | | 08/01/23 | $ 497.89 | $ - | | | $ (1,101.93) | $ 1,101.93 | $ (0.00) |
| 11/19/23 | $497.89 | 09/01/23 | $ 521.97 | $ - | | | $ 497.89 | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |
| | | | | $ - | | | | $ - | $ (0.00) |