IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN L. JONES
NATALIE D JONES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-70440 JAD

Chapter 13

Related to ECF No. 74

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 17th day of January 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
1/17/24 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
UNITED STATES BANKRUPTYC JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70440-JAD |
| Brian L. Jones | Chapter 13 |
| Natalie D Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L. Jones, Natalie D Jones, 11960 Route 259, Blairsville, PA 15717-7136 |
| 14864031 | + | Coll Svc Ctr, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14892102 | + | Indiana County Tax Claim Bureau, 825 Philadelphia Street, Indiana, PA 15701-3907 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 18 2024 00:02:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:11 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 18 2024 00:02:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 18 2024 00:02:00 | U.S. Bank National Association, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14869835 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 18 2024 00:02:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14864030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 00:11:08 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14889497 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 00:11:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14864032 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 18 2024 00:02:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14864033 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 18 2024 00:02:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14864034 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 18 2024 00:02:00 | Flagship Credit Accept, Po Box 3807, Coppell, TX 75019-5877 |
| 14864035 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 18 2024 00:01:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 14896785 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:00 | LVNV Funding LLC C/O Resurgent Capital |

Case 18-70440-JAD   Doc 89   Filed 01/19/24   Entered 01/20/24 00:31:02   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14899433 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:01 | LVNV Funding, LLC its successors and assigns as, assignee of OSI Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14886480 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:15 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14886460 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:13 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14864036 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 00:11:01 | Lvnv Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 14864037 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:02:00 | Nstar/cooper, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 14885865 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 00:02:00 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee, succes |
| 14881156 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14864038 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL bnicholas@kmllawgroup.com |

Case 18-70440-JAD    Doc 89    Filed 01/19/24    Entered 01/20/24 00:31:02    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 21 |

Charles Griffin Wohlrab
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill logsecf@logs.com

Heather Stacey Riloff
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill logsecf@logs.com, Michelle@mvrlaw.com

Kenneth P. Seitz
    on behalf of Joint Debtor Natalie D Jones thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Brian L. Jones thedebterasers@aol.com

Kevin M Buttery
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

TOTAL: 10