**Fill in this information to identify the case:**

Debtor 1    Brian L. Jones

Debtor 2    Natalie D Jones

(Spouse, if filing)

United States Bankruptcy Court for the <u>WESTERN</u> District of <u>PENNSYLVANIA</u>

Case number <u>18-70440</u>

## Official Form 410S1

# Notice of Mortgage Payment Change        12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE4</u>

**Court claim no**. (if known): <u>2-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>9013</u>

**Date of payment change:** <u>9/1/2021</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$532.92</u>
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   _____
   _____

   **Current escrow payment:** <u>$187.03</u>        **New escrow payment:** <u>$189.32</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   _____

   **Current interest rate:**        **New interest rate:**

   **Current principal and interest payment:**    **New principal and interest payment:**

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**        **New mortgage payment:**

Debtor 1 <u>Brian L. Jones</u>

Case number *(if known)* <u>18-70440</u>

   Print Name   Middle Name   Last Name

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Charles G. Wohlrab    Date   07/23/2021

 Signature

| | | | |
|---|---|---|---|
| Print | Charles G. Wohlrab, Esq. | Title | Authorized Agent for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | |
| Address | 130 Clinton Rd #202 | | |
| | Number  Street | | |
| | Fairfield NJ 7004 | | |
| | City         State  ZIP Code | | |
| Contact Phone | 470-321-7112 | Email | cwohlrab@raslg.com |

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on    JULY 27 2021    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRIAN L. JONES
11960 ROUTE 259
BLAIRSVILLE, PA 15717

NATALIE D JONES
11960 ROUTE 259
BLAIRSVILLE, PA 15717

And via electronic mail to:

LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658

LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/    MICHAEL GOGAN

07/14/2021



**mr. cooper**®
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**OUR INFO**

ONLINE
**www.mrcooper.com**

**YOUR INFO**

CASE NUMBER
**1870440**

LOAN NUMBER

BRIAN JONES
11960 ROUTE 259 HWY
BLAIRSVILLE,PA 15717

PROPERTY ADDRESS
**11960 ROUTE 259 HWY
BLAIRSVILLE,PA 15717**

Dear BRIAN JONES,

**Why am I receiving this letter?**
An escrow analysis was performed on the above referenced account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call us at 877-343-5602. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Escrow Account Disclosure Statement



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Escrow Account Disclosure Statement**

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m.
to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m.
to 3 p.m. (ET)

BRIAN JONES
11960 ROUTE 259 HWY
BLAIRSVILLE,PA 15717

▊

Statement Date: 07/14/2021

| | |
|---|---|
| ***Why am I receiving this?*** | Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to void a negative balance in the event of changing tax and insurance amounts. |
| ***What does this mean for me?*** | The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $2,453.45. If you are behind on your payments this is not a true surplus. |
| ***What do I need to do?*** | Please note that effective 09/01/2021, your new total monthly payment will be $532.92. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $343.60 | $0.00 | $343.60 |
| ESCROW | $187.03 | $2.29 | $189.32 |
| **Total Payment** | **$530.63** | **$2.29** | **$532.92** |

*See below for surplus calculation*

***What is a Surplus?*** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



**Minimum Required Balance**

**$378.64**

**Lowest Projected Balance**

**$2,832.09**

**Surplus Amount $2,453.45**

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| SCHOOL TAX | $700.17 | ($2.24) | $697.93 |
| TOWN TAX | $466.14 | $36.78 | $502.92 |
| HAZARD SFR | $1,078.00 | ($7.00) | $1,071.00 |
| **Annual Total** | **$2,244.31** | **$27.54** | **$2,271.85** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

The change in your escrow payment** may be based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

| Prior Year Account History and Coming Year Projections |
|---|

**This is a statement of the actual activity in your escrow account from 09/20 through 08/21. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $378.64 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $2,832.09 will be reached in August 2022. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $2,453.45. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $561.02 | $988.73 |
| 09/20 | $187.22 | $0.00 | $0.00 | $0.00 | | $748.24 | $988.73 |
| 10/20 | $187.03 | $748.69E | $0.00 | $0.00 | | $935.27 | $1,737.42 |
| 11/20 | $187.03 | $187.03E | $0.00 | $0.00 | | $1,122.30 | $1,924.45 |
| 12/20 | $187.03 | $374.25E | $0.00 | $0.00 | | $1,309.33 | $2,298.70 |
| 01/21 | $187.03 | $561.47E | $0.00 | $0.00 | | $1,496.36 | $2,860.17 |
| 02/21 | $187.03 | $187.03E | $0.00 | $0.00 | | $1,683.39 | $3,047.20 |
| 03/21 | $187.03 | $374.25E | $0.00 | $0.00 | | $1,870.42 | $3,421.45 |
| 04/21 | $187.03 | $561.47 | $466.14 | $502.92*  * | TOWN TAX | $1,591.31 | $3,480.00 |
| 05/21 | $187.03 | $374.25E | $0.00 | $0.00 | | $1,778.34 | $3,854.25 |
| 06/21 | $187.03 | $187.03E | $0.00 | $0.00 | | $1,965.37 | $4,041.28 |
| 07/21 | $187.03 | $372.72 | $1,078.00 | $1,071.00*  * | HAZARD SFR | $1,074.40 | $3,343.00 |
| 08/21 | $187.03 | $187.03 | $700.17 | $697.93*E  *E | SCHOOL TAX | $561.26 | $2,832.10 |
| **Total** | **$2,244.55** | **$4,115.22** | **$2,244.31** | **$2,271.85** | **Total** | **$561.26** | **$2,832.10** |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $2,832.10 | $378.65 |
| 09/21 | $189.32 | | $0.00 | | | $3,021.42 | $567.97 |
| 10/21 | $189.32 | | $0.00 | | | $3,210.74 | $757.29 |
| 11/21 | $189.32 | | $0.00 | | | $3,400.06 | $946.61 |
| 12/21 | $189.32 | | $0.00 | | | $3,589.38 | $1,135.93 |
| 01/22 | $189.32 | | $0.00 | | | $3,778.70 | $1,325.25 |
| 02/22 | $189.32 | | $0.00 | | | $3,968.02 | $1,514.57 |
| 03/22 | $189.32 | | $0.00 | | | $4,157.34 | $1,703.89 |
| 04/22 | $189.32 | | $502.92 | | TOWN TAX | $3,843.74 | $1,390.29 |
| 05/22 | $189.32 | | $0.00 | | | $4,033.06 | $1,579.61 |
| 06/22 | $189.32 | | $0.00 | | | $4,222.38 | $1,768.93 |
| 07/22 | $189.32 | | $1,071.00 | | HAZARD SFR | $3,340.70 | $887.25 |
| 08/22 | $189.32 | | $697.93 | | SCHOOL TAX | $2,832.09 | $378.64< |
| **Total** | **$2,271.84** | | **$2,271.85** | | **Total** | **$2,832.09** | **$378.64** |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Claudia Padilla at 866-316-2432. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.