**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Brian  L. Jones

Debtor 2    Natalie  D. Jones

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-70440 JAD

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE4**

**Court claim no**. (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 9013

**Date of payment change:**
Must be at least 21 days after date of this notice                                  10/01/2022

**New total payment:**                    $497.89
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $189.32                    New escrow payment:    $ 154.29

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %              New interest rate: _____ %

Current principal and interest payment: $_____  New principal and interest payment:  $ _____

| Part 3: | Other Payment Change |
|---|---|

Document ID: b8621976c9ba2fafa235199f51c09d0847fd954a507e1a7e2db92484b31aefe9

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $_____        **New mortgage payment:** $_____

Document ID: b8621976c9ba2fafa235199f51c09d0847fd954a507e1a7e2db92484b31aefe9

Debtor(s)    <u>Brian  L. Jones, Natalie  D. Jones</u>    Case number (*if known*) _ 18-70440 JAD
             First Name        Middle Name              Last Name

---

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>                    Date    06/21/2022
    Signature
**Print:** Brian Nicholas
      21 Jun 2022, 15:38:40, EDT

Title    <u>Attorney for Creditor_____</u>

Company    <u>KML Law Group, P.C._____</u>

Address    <u>701</u>        <u>Market Street, Suite 5000_____</u>
           Number            Street
           Philadelphia,                PA    19106

           City                         State    ZIP Code

Contact phone    (215) 627–1322                Email  <u>bkgroup @kmllawgroup.com_____</u>

---

Official Form 410S1              **Notice of Mortgage Payment Change**                    page 2